## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA District of Florida

Case Number: 6:20-CV-142-ORL-37LRH

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**FANTASY ISLAND LLC, AND PURPLE HAZE GLASS, INC. D/B/A PURPLE HAZE OF DAYTONA BEACH**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#604
DAYTONA BEACH, FL 32118

Received by MAX J. GARCIA, INC. on the 31st day of January, 2020 at 10:00 am to be served on **PURPLE HAZE GLASS, INC. C/O YOHAN COHEN-REGISTERED AGENT, 2550 SOUTH ATLANTIC AVE., DAYTONA BEACH, FL 32118**.

I, Jeff Veri, being duly sworn, depose and say that on the **6th day of February, 2020** at **11:30 am**, I:

served the **CORPORATION'S REGISTERED AGENT** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date, my initials and hour of service endorsed thereon by me, to: **YOHAN COHEN** as **Registered Agent** at the address of: **2550 SOUTH ATLANTIC AVE., DAYTONA BEACH, FL 32118** on behalf of **PURPLE HAZE GLASS, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 210, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of _____.
Subscribed and sworn to before me by means of physical presence on the 7th day of February, 2020 by the affiant who is personally known to me.

Notary Public
Print Name _____

Jeff Veri
Process Server

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2020001035




Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER<br><br>Plaintiff(s)<br>v.<br>FANTASY ISLAND LLC, and PURPLE HAZE GLASS, INC., d/b/a PURPLE HAZE OF DAYTONA BEACH<br><br>Defendant(s) | Civil Action No. 6:20-cv-142-ORL-37LRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PURPLE HAZE GLASS, INC.
YOHAN COHEN - Registered Agent
2250 SOUTH ATLANTIC AVE
DAYTONA BEACH, FLORIDA 32118

DATE 2/6/20  TIME 11:30am
Server Initials _____
(court-appointed process server)

X _____
Recipient Signature

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jan 30, 2020    Bionay Acevedo
_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Purple Haze Glass Inc__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Yohan Cohen__, who is designated by law to accept service of process on behalf of *(name of organization)* __Purple Haze Glass Inc__ on *(date)* __2/6/20__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __2/6/20__

*Server's signature*

__Jeff Veri   Process Server__
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: