UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                             Case No: 6:20-cv-142-Orl-37LRH

FANTASY ISLAND LLC and PURPLE
HAZE GLASS, INC.,

    Defendants.
_____

## ORDER OF DISMISSAL

    Before the Court is Plaintiff's Stipulation of Voluntary Dismissal With Prejudice (Doc. 13) filed March 18, 2020.  No answer has been filed.  Accordingly, it is

    **ORDERED** that this case is hereby **DISMISSED** with prejudice.  The Clerk is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on March 24, 2020.

ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record